IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Sims Jr, George G | Case Number: 04 B 30905 |
|---|---|---|
| | Sims, Claudia L | Judge: Wedoff, Eugene R |
| | Printed: 2/5/08 | Filed: 8/19/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: January 18, 2008
Confirmed: November 4, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 66,310.00 | |
| Secured: | | 7,956.78 |
| Unsecured: | | 49,395.62 |
| Priority: | | 0.00 |
| Administrative: | | 2,200.00 |
| Trustee Fee: | | 3,267.60 |
| Other Funds: | | 3,490.00 |
| Totals: | 66,310.00 | 66,310.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ledford & Wu | Administrative | 2,200.00 | 2,200.00 |
| 2. | Chase Manhattan Mortgage Corp | Secured | 2,208.28 | 2,208.28 |
| 3. | DaimlerChrysler Servs North America | Secured | 5,748.50 | 5,748.50 |
| 4. | RoundUp Funding LLC | Unsecured | 3,472.46 | 4,272.14 |
| 5. | DaimlerChrysler Servs North America | Unsecured | 184.09 | 226.47 |
| 6. | RoundUp Funding LLC | Unsecured | 6,819.94 | 8,390.50 |
| 7. | Retailers National Bank | Unsecured | 38.14 | 46.92 |
| 8. | Resurgent Capital Services | Unsecured | 6,623.54 | 8,148.86 |
| 9. | United States Dept Of Education | Unsecured | 6,864.99 | 8,445.88 |
| 10. | Marlene Bond | Unsecured | 5,250.00 | 6,459.02 |
| 11. | LS Ayers & Company | Unsecured | 190.90 | 234.88 |
| 12. | RoundUp Funding LLC | Unsecured | 1,728.68 | 2,126.79 |
| 13. | ECast Settlement Corp | Unsecured | 3,449.85 | 4,244.29 |
| 14. | Capital One | Unsecured | 5,527.04 | 6,799.87 |
| 15. | Chase Manhattan | Secured | | No Claim Filed |
| 16. | Provident Auto Leasing | Secured | | No Claim Filed |
| 17. | MBNA America | Unsecured | | No Claim Filed |
| 18. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 19. | Provident Auto Leasing | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 50,306.41 | $ 59,552.40 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 706.09 |
| 4% | 262.58 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Sims Jr, George G  
Sims, Claudia L  
Printed: 2/5/08

Case Number: 04 B 30905  
Judge: Wedoff, Eugene R  
Filed: 8/19/04

| | |
|---:|---:|
| 3% | 105.09 |
| 5.5% | 862.95 |
| 5% | 261.50 |
| 4.8% | 503.65 |
| 5.4% | 565.74 |
| | _____ |
| | $ 3,267.60 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mack* _____